IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAMON HOSEA MCGRAW,                                                              PETITIONER
ADC #142102

v.                                    5:10-cv-00374-JMM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction,                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. A certificate of appealability is DENIED.

DATED this 15th day of February, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE